UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAISAKU SUZUKI and KAZUYA OMOTO,<br><br>Plaintiffs,<br><br>v.<br><br>MARINEPOLIS USA, INC.; MARINEPOLIS CO., LTD.; MITSUYOSHI INOHARA; and ICHIRO MACHIDA,<br><br>Defendants. | CASE NO. 2:21-cv-01229-TL<br><br>ORDER |

This case was commenced on September 9, 2021, and summonses were issued on September 10, 2021. Under Fed. R. Civ. P. 4(m), a plaintiff ordinarily has 90 days after the complaint is filed to effect service.

Thus far, Plaintiffs have not indicated that any Defendant has been served with or waived service of the Complaint (Dkt. No. 1) or the Amended Complaint (Dkt. No. 8). Nor has any Defendant appeared in the case.

ORDER - 1

Plaintiffs also filed an Amended Complaint (Dkt. No. 8) on December 28, 2021. The Court notes that without the requisite proof of service on the record, it is unclear whether the Amended Complaint was properly filed without leave of the Court.

For these reasons, the Court ORDERS the following:

1. The initial case management deadlines set on October 12, 2021 (Dkt. No. 5) are STRICKEN.

2. Within **fourteen (14) days of this Order,** Plaintiffs shall:

    a. File appropriate proofs of service for the original Complaint (Dkt. No. 1) or move for an extension of time for good cause pursuant to Fed. R. Civ. P. 4(m) and any other applicable law.

    b. If no motion for leave to file an amended complaint is required under Fed. R. Civ. P. 15(a), Plaintiffs shall also file appropriate proofs of service for the Amended Complaint (Dkt. No. 8) or move for an extension of time for good cause pursuant to Fed. R. Civ. P. 4(m) and any other applicable law.

    c. If a motion for leave to file an amended complaint is required, Plaintiffs shall file a motion pursuant to Fed. R. Civ. P. 15(a). Plaintiffs shall also withdraw the Amended Complaint (Dkt. No. 8), re-file it with the motion, and comply with LCR 15 in doing so.

IT IS SO ORDERED.

Dated this 20th day of January, 2022.

Tana Lin
United States District Judge

ORDER - 2