UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAISAKU SUZUKI, et al.,

Plaintiff(s),

v.

MARINEPOLIS USA, INC., et al.,

Defendant(s).

CASE NO. C21-1229-KKE

ORDER TO FILE A JOINT STATUS REPORT

The Ninth Circuit Court of Appeals issued a formal mandate effectuating its prior memorandum, reversing the Court's order denying Plaintiffs' motion to vacate the dismissal order. Dkt. No. 79. The Ninth Circuit instructed the Court to grant Plaintiffs' motion and "consider whether it may properly enforce the settlement agreement after vacating the dismissal order." Dkt. No. 78 at 3.

To facilitate the Court's consideration of that issue, the Court ORDERS the parties to submit a joint status report no later than May 1, 2026, indicating whether Plaintiffs' motion to enforce should be considered based on the briefing currently on the docket, or whether the motion should be re-briefed in a post-remand posture. The parties shall also address whether an evidentiary hearing is needed. To the extent the parties cannot agree, the parties shall explain the

ORDER TO FILE A JOINT STATUS REPORT - 1

bases for their disagreements in the joint report.

Dated this 17th day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO FILE A JOINT STATUS REPORT - 2