UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAISAKU SUZUKI, individually and on his marital community's behalf; and KAZUYA OMOTO, individually,

Plaintiffs,

v.

MARINEPOLIS U.S.A., INC., an Oregon corporation; MARINEPOLIS CO., LTD., a Japanese corporation; MITSUYOSHI INOHARA, an individual; ICHIRO MACHIDA, an individual,

Defendants.

Case No. 2:21-cv-01229-KKE

**RENEWED MOTION OF ELEVATE LAW GROUP TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**

**NOTE ON MOTION CALENDAR: May 13, 2026.**

Troy G. Sexton and Elevate Law Group ("***ELG***") renews its prior motion to the Court under LR 83.2 for leave to withdraw as counsel of record for Defendants in this matter. ELG's prior motion was denied as Moot based on the denial of Plaintiff's Motion to Vacate Dismissal Oreder and Enforcing Settlement Agreement [ECF #75]. The 9th Circuit has subsequently overturned this court's ruling of the Plaintiff's Motion [ECF #79]. However, the reasons for granting ELG's withdrawal remain.

ELG represents that 1) ELG's representation of the Defendants has concluded and 2) professional considerations require termination of the representation, and that the situation is one in which withdrawal is appropriate under the Washington Rules of Professional Conduct. ELG has also assured

Elevate Law Group
6000 Meadows Road Suite 450
Lake Oswego, Oregon 97035
Phone: 503-417-0500
Fax: 503-417-0501
www.elevatelawpdx.com

Defendants that it will fully cooperate in any efforts to promptly retain substitute counsel. Defendants have been advised of this motion. Defendants may be reached through their email addresses, inohara@asano-sangyou.co.jp, k-goto@marinepolis.co.jp, or their previous English speaking Japanese Counsel, Reiji Tanigchi at:

> Taiyo Sogo Law Firm PC
> Daiichi-central Building 2nd floor, 6-36 Honmachi, Kita-ku,
> Okayama-city, Okayama, Japan 700-0901
> Phone 086-224-8336
> Email:taniguchi@taiyo-horitsu.com

ELG further certifies to the court that counsel has advised the business entity that it is required by law to be represented by an attorney admitted to practice before this court and that failure to obtain a replacement attorney by the date the withdrawal is effective may result in the dismissal of the business entity's claims for failure to prosecute and/or entry of default against the business entity as to any claims of other parties.

For these reasons, ELG respectfully moves the Court for an order granting ELG leave to withdraw as counsel of record for Defendants.

DATED April 21, 2026

ELEVATE LAW GROUP

Troy G. Sexton, WSBA #48826

Page 2 of 2    **MOTION OF ELEVATE LAW GROUP TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**

Elevate Law Group
6000 Meadows Road Suite 450
Lake Oswego, Oregon 97035
Phone: 503-417-0500
Fax: 503-417-0501
www.elevatelawpdx.com

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following:

Dennis J. McGlothin                docs@westwalaw.com
Robert Cadranell                    Robert@westwalaw.com

I hereby certify that on April 21, 2026, I emailed copies to

MARINEPOLIS U.S.A., INC., and MARINEPOLIS CO., LTD., c/o Reiji Tanigchi

taniguchi@taiyo-horitsu.com; k-goto@marinepolis.co.jp; and baba@taiyo-horitsu.com;

ICHIRO MACHIDA at k-ikeda@marinepolis.co.jp; and

MITSUYOSHI INOHARA and inohara@asano-sangyou.co.jp

DATED April 21, 2026

ELEVATE LAW GROUP

Troy G. Sexton, WSBA #48826

Page 1 of 1        **CERTIFICATE OF SERVICE**

Elevate Law Group
6000 Meadows Road Suite 450
Lake Oswego, Oregon 97035
Phone: 503-417-0500
Fax: 503-417-0501
www.elevatelawpdx.com