UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAISAKU SUZUKI, et al.,<br><br>                       Plaintiff(s),<br>    v.<br><br>MARINEPOLIS USA, INC., et al.,<br><br>                    Defendant(s). | CASE NO. C21-1229-KKE<br><br>ORDER TO SHOW CAUSE AND FILE PROOF OF NOTICE |

On May 8, 2026, the Court granted Defendants' counsel's motion to withdraw effective June 8, 2026, and ordered counsel to email and mail the order to Defendants and file a certificate of service on the docket. Dkt. No. 83 at 2. Counsel did not file a certificate of service on the docket, and there is therefore no proof that Defendants received timely notice of their deadline to obtain replacement counsel no later than June 8, 2026.

No later than June 22, 2026, Defendants' counsel shall email and mail this order, along with the order granting the motion to withdraw (Dkt. No. 83), to Defendants and file a certificate of service on the docket. The deadline for Defendants to obtain replacement counsel is extended to July 9, 2026.

Defendants' counsel is also ORDERED TO SHOW CAUSE no later than June 22, 2026, why he should not be sanctioned for failure to comply with a court order.

Dated this 9th day of June, 2026.

_Kymberly K Evanson_
_____
Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE AND FILE PROOF OF NOTICE - 1