UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAISAKU SUZUKI, et al., | CASE NO. C21-1229-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE AND TO |
| v. | PROVIDE CONTACT INFORMATION |
| MARINEPOLIS USA, INC., et al., | |
| Defendant(s). | |

The Court previously granted Defendants' counsel's motion to withdraw, setting a deadline of July 9, 2026, for Defendants to obtain replacement counsel.[1] Dkt. Nos. 83, 84. No attorney has appeared on behalf of either the individual or corporate Defendants.

The corporate Defendants are now unrepresented business entities, in violation of Local Rules W.D. Wash. LCR 83.2(b)(4). Those corporate Defendants are ORDERED TO SHOW CAUSE no later than August 21, 2026, why an order of default should not be entered against them.

Furthermore, the individual Defendants are ORDERED to provide their current mailing address (and/or email address if they register for electronic filing) no later than August 21, 2026, to ensure that they receive notice of any future court filings. *See* Local Rules W.D. Wash. LCR 41(b)(2) ("A party proceeding pro se shall keep the court and opposing parties advised as to his or

---

[1] The Court also ordered Defendants' outgoing counsel to show cause why he should not be sanctioned for failing to file a certificate of service, as ordered by the Court. Dkt. No. 84. The Court is satisfied by counsel's response that sanctions are not necessary (Dkt. No. 86), and thus discharges that order to show cause.

ORDER TO SHOW CAUSE AND TO PROVIDE CONTACT INFORMATION - 1

her current mailing address and, if electronically filing or receiving notices electronically, his or her current email address.").

The clerk is directed to mail a copy of this order to Defendants, in care of their previous English-speaking Japanese counsel:

Reiji Taniguchi
Taiyo Sogo Law Firm PC
Daiichi-central Building 2nd floor, 6-36 Honmachi, Kita-ku,
Okayama-city, Okayama, Japan 700-0901

Dated this 16th day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE AND TO PROVIDE CONTACT INFORMATION - 2