UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAISAKU SUZUKI, et al.,

Plaintiff(s),

v.

MARINEPOLIS USA, INC., et al.,

Defendant(s).

CASE NO. C21-1229-KKE

ORDER DIRECTING ENTRY OF DEFAULT

The Court previously ordered the unrepresented individual Defendants, Mitsuyoshi Inohara and Ichiro Machida, to provide contact information no later than August 21, 2026, as required by Local Rules W.D. Wash. LCR 41(b)(2). Dkt. No. 88. The Court mailed this order to Inohara and Machida in care of their former lawyer because the Court knew of no other address for them (*id.* at 2), and that letter was not returned. When Inohara and Machida did not respond to that order or provide contact information, in violation of Local Rules W.D. Wash. LCR 41(b)(2), the Court ordered Inohara and Machida to show cause no later than September 25, 2026, why orders of default should not be entered against them. Dkt. No. 89.

Inohara and Machida did not respond to this order. Accordingly, the Courtroom Deputy is

directed to enter orders of default against Inohara and Machida.

Dated this 1st day of October, 2026.

Kymberly K. Evanson
United States District Judge